# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SNAP INC.,**<br><br>　　　　Defendant. | Civil Action No.: 1:20-cv-00874-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Coretek Licensing LLC ("Plaintiff") and Defendant Snap Inc. ("Snap") have resolved Plaintiff's claims for relief against Snap.

NOW, THEREFORE, Plaintiff and Snap, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Snap with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: November 20, 2020

Of counsel:

Andrew S. Curfman (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road – Suite 350
Wilmington, Delaware 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com
ATTORNEYS FOR PLAINTIFF

2

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jack B. Blumenfeld*
                Jack B. Blumenfeld (#1014)
                1201 North Market Street
                PO Box 1347
                Wilmington, Delaware 19899
                Telephone: (302) 658-9200
                Email: jblumenfeld@mnat.com

                ATTORNEY FOR DEFENDANT