# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORETEK LICENSING LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SNAP INC.,**<br><br>　　　　Defendant. | Civil Action No.: 1:20-cv-00874-MN-CJB<br><br>**TRIAL BY JURY DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Coretek Licensing LLC ("Plaintiff") and Defendant Snap Inc. ("Snap") announced to the Court that they have resolved Plaintiff's claims for relief against Snap asserted in this case. Plaintiff and Snap have therefore requested that the Court dismiss Plaintiff's claims for relief against Snap with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Snap are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED this 20th day of November 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge